United States District Court
Southern District of Texas
**ENTERED**
September 25, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § § Plaintiff-Respondent, § § v. § § CLYDE WILLIAMS, § § Defendant-Petitioner. § | CRIMINAL ACTION NO. H-17-567-2 CIVIL ACTION NO. H-25-825 |

### FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order granting Defendant-Petitioner's Request for an out-of-time appeal, Civil Action No. H-25-825 is **DISMISSED WITHOUT PREJUDICE.**

This is a **FINAL JUDGMENT.**

SIGNED at Houston, Texas, this 25th day of September, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE