UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal Action 4:17-cr-567-2 |
| | § | |
| | § | Civil Action 4:25-825 |
| | § | |
| CLYDE WILLIAMS | § | |

## WILLIAMS' NOTICE OF APPEAL

Defendant CLYDE WILLIAMS respectfully gives this written notice of appeal to the United States Court of Appeals for the Fifth Circuit from the final Judgment and Sentencing, reinstated Dkt. No. 408, and the Judgment and Sentence to follow, pursuant to Federal Rule of Appellate Procedure 4(b)(1)(a) and under the District Court's sealed Memorandum Opinion and Order, Dkt. No. 537, of September 25, 2025. This notice of out-of-time appeal is filed within fourteen (14) days of said Memorandum Opinion and Order.

Respectfully submitted,

*/s/ Michael M. Essmyer, Sr.*
MICHAEL M. ESSMYER, SR.
SBN: 06672400
The Essmyer Law Firm
6602 Westview Dr.
Houston, Texas 77055
(713)898-1320 Cell
(713)869-1155 Telephone
(713)869-8659 Facsimile

1

messmyer@essmyerlaw.com
**Attorneys for Defendant**
**CLYDE WILLIAMS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26TH day of September 2025, I electronically filed this document with the Clerk of Court using CM/ECF, and provided a copy to opposing counsel, United States Counsel of Record Assistant United States Attorney, Michael A. Hylden, by electronic delivery.

<u>/s/ Michael M. Essmyer, Sr.</u>
MICHAEL M. ESSMYER, SR.